# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

| Case Title : | Deborah Sare Powers and Samuel Ray Powers | Case No : | **11−34218 − D − 13G** | |
|---|---|---|---|---|
| | | Date :<br>Time : | 8/16/11<br>10:00 | |
| **Matter :** | [17] − Motion/Application to Value Collateral of GMAC Mortgage [AKH−1] Filed by Debtor Deborah Sare Powers, Joint Debtor Samuel Ray Powers (mfrs) | | | UNOPPOSED |
| **Judge :**<br>**Courtroom Deputy :**<br>**Reporter :**<br>**Department :** | Michael McManus<br>Nancy Williams<br>Diamond Reporters<br>D | | | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

MOTION was :

The court will issue a minute order.

Final ruling: The matter is resolved without oral argument. This is the debtors' motion to value the secured claim of GMAC Mortgage at $0.00, pursuant to 506(a) of the Bankruptcy Code. The creditor's claim is secured by a junior deed of trust on the debtors' residence and the amount owed on the senior encumbrance exceeds the value of the real property. No timely opposition has been filed and the relief requested in the motion is supported by the record. As such, the court will grant the motion and set the amount of GMAC Mortgage's secured claim at $0.00 by minute order. No further relief will be afforded. No appearance is necessary.